IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.





STEVEN D. SMITH, an individual,

Plaintiff,

vs.

TEMPUS INTERNATIONAL MARKETING
ENTERPRISES, LTD., a Florida limited
partnership, by and through its general
partner, TPI HOLDINGS, LLC, a Florida
limited liability corporation, doing business
as "Tempus Resorts",

Defendant.

_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, Steven D. Smith, an individual, sues Defendant, Tempus International Marketing Enterprises, Ltd., a Florida limited partnership, by and through its general partner, TPI Holdings, LLC, a Florida limited liability corporation, doing business as "Tempus Resorts", and alleges:

### GENERAL ALLEGATIONS

### *JURISDICTION*

1. Jurisdiction of this action is proper with this Court pursuant to 15 U.S.C §1681, *et sequi*, known more commonly as the "Fair Credit Reporting Act" ("FCRA").

### *ALLEGATIONS AS TO PARTIES*

2. At all times material hereto, Plaintiff, Steven D. Smith ("Mr. Smith"), was *sui*

*juris* and a resident of Broward County, Florida.

3. At all times material hereto, Defendant, Tempus International Marketing Enterprises, Ltd., a Florida limited partnership, by and through its general partner, TPI Holdings, LLC, a Florida limited liability corporation, doing business as "Tempus Resorts" ("Tempus Resorts"), was a Florida corporation doing business in Orange County, Florida.

4. On or about December 2, 2004, Tempus Resorts obtained or caused to be obtained the credit report of Mr. Smith ("Smith Credit Report") from Experian Credit Information Services, Inc. ("Experian").

5. At all times material hereto, Mr. Smith was a "consumer" as said term is defined under 15 U.S.C. §1681a(c).

6. At all times material hereto, Experian was a "consumer reporting agency" as said term is defined under 15 U.S.C. §1681f.

7. At all times material hereto, the Smith Credit Report was a "consumer report" as said term is defined under 15 U.S.C. §§1681(d)(1) and 1681q.

## COUNT I - ACTION FOR WILLFUL AND RECKLESS VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. §1681, *ET SEQUI*

8. This is action for willful and reckless violation of Fair Credit Reporting Act, 15 U.S.C. §1681, *et sequi* ("FCRA").

9. Mr. Smith realleges and reaffirms the allegations contained in Paragraphs 1 through 7 above as if set forth hereat in full.

10. Tempus Resorts acquired the Smith Credit Report under false pretenses and without a permissible purpose or proper certification in contravention of 15 U.S.C. §1681(b)(f).

11. As a direct and proximate result of the above described acts, Tempus Resorts has

willfully and recklessly failed to comply with the FCRA.

12. As a result of the violation of the FCRA by Tempus Resorts, Mr. Smith is entitled to recover actual damages or $1,000.00, whichever is greater, pursuant to 15 U.S.C. §1681n(a) and (b).

13. Mr. Smith is entitled to recover his reasonable attorney's fees and court costs in this action pursuant to 15 U.S.C. §1681n(a)(3).

WHEREFORE, Plaintiff, Steven D .Smith, an individual, demands judgment against Defendant, Tempus International Marketing Enterprises, Ltd., a Florida limited partnership, by and through its general partner, TPI Holdings, LLC, a Florida limited liability corporation, doing business as "Tempus Resorts", for damages, together with court costs and attorneys fees pursuant to 15 U.S.C. §1681n(a)(3).

## COUNT II - ACTION FOR NEGLIGENT VIOLATION OF
## THE FAIR CREDIT REPORTING ACT, 15 U.S.C. §1681, *ET SEQUI*

14. This is action for negligent violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et sequi* ("FCRA").

15. Mr. Smith realleges and reaffirms the allegations contained in Paragraphs 1 through 7 above as if set forth hereat in full.

16. At the time Tempus Resorts acquired the Smith Credit Report, Tempus Resorts did not have a permissible purpose to obtain said credit reports.

17. As a direct and proximate result of the above described acts, Tempus Resorts negligently failed to comply with the requirements of the FCRA.

18. As a result of the violation of the FCRA by Tempus Resorts, Mr. Smith is entitled to recover actual damages pursuant to 15 U.S.C. §1681o.

19. Mr. Smith is entitled to recover his attorney's fees and court costs in this action pursuant to 15 U.S.C. §1681o(a)(2).

WHEREFORE, Plaintiff, Steven D. Smith, an individual, demands judgment against Defendant, Tempus International Marketing Enterprises, Ltd., a Florida limited partnership, by and through its general partner, TPI Holdings, LLC, a Florida limited liability corporation, doing business as "Tempus Resorts", together with interest, costs and attorney's fees.

## DEMAND FOR JURY TRIAL

Plaintiff, Steven D. Smith, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

_____
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660
(954) 763-8607 (FAX)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

## I. (a) PLAINTIFFS
STEVEN D. SMITH, an individual

## DEFENDANTS
TEMPUS INTERNATIONAL MARKETING ENTERPRISES, LTD., a Florida limited partnership, et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

05-61096

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert W. Murphy, 1212 SE 2nd Ave.
Ft. Lauderdale, FL 33316
(954) 763-8660

ATTORNEYS (IF KNOWN)
05CV61096 JIC LSS

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

CLARENCE MADDOX
CLERK
S.D. OF FLA. FT. LAUD.

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Action involves violation of 15 U.S.C. §1681, et sequi, known more commonly as the "Fair Credit Reporting Act"

LENGTH OF TRIAL via **3** days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 7/5/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 534622  AMOUNT $250.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____